**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of DE
(State)

Case number (*If known*): ____________ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**
   Mystic Woods LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)
   93-3433974

4. **Debtor's address**

   **Principal place of business**
   490 Wheeler Road (Number Street)
   Suite 150
   Hauppauge NY 11788 (City State ZIP Code)
   Suffolk (County)

   **Mailing address, if different from principal place of business**
   Number Street
   P.O. Box
   City State ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number Street
   City State ZIP Code

5. **Debtor's website** (URL)
   https://crowdvestllc.com/deal-page/mystic-woods/

Debtor Mystic Woods LLC
Name

Case number (if known)____________________

**6. Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ❑ Partnership (excluding LLP)
- ❑ Other. Specify: ____________________

**7. Describe debtor's business**

A. *Check one:*

- ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ❑ Railroad (as defined in 11 U.S.C. § 101(44))
- ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ❑ None of the above

B. *Check all that apply:*

- ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ❑ Chapter 9
- ❑ Chapter 11. *Check **all** that apply*:
  - ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ❑ A plan is being filed with this petition.
  - ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No
- ❑ Yes. District ________ When ________ (MM / DD / YYYY) Case number ________
  District ________ When ________ (MM / DD / YYYY) Case number ________

Debtor Mystic Woods LLC
Name

Case number (*if known*) ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
■ Yes. Debtor See attached Schedule 1 Relationship ______
District ______ When ______ MM / DD / YYYY
Case number, if known ______

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor Mystic Woods LLC
Name

Case number (if known)

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/28/2026
MM / DD / YYYY

✘ */s/ William DeMaio*
Signature of authorized representative of debtor

William DeMaio
Printed name

Title Sole Member of Debtor's Managing Member

**18. Signature of attorney**

✘ */s/ Kevin S. Mann*
Signature of attorney for debtor

Date 09/28/2026
MM / DD / YYYY

Kevin S. Mann
Printed name

Cross & Simon, LLC
Firm name

1105 N. Market St., Suite 901
Number Street

Wilmington DE 19801
City State ZIP Code

302-777-4200
Contact phone

kmann@crosslaw.com
Email address

4576 DE
Bar number State

## **Schedule 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor:**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 7 case, collectively, the "Debtors") filed a voluntary petition for relief under chapter 7 of title 7 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

| **Company** |
|---|
| Mystic Woods LLC |
| River City Realty Fund LLC |
| Waycross Realty Fund LLC |
| Wilmington Realty LLC |

**Unanimous Written Consent of the Managing Members**
**of**
**Mystic Woods LLC**

The undersigned, being all of the managing members of Mystic Woods LLC (the "Company"), do hereby consent to and adopt the following resolutions as the action of the Managing Members of the Company:

**Approval and Authorization of Filings Under Chapter 7 of the U.S. Bankruptcy Code**

**WHEREAS,** the Managing Member has determined that it is in the best interest of the Company, its creditors, and other interested parties to file a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that management of the Company is authorized to file a petition for relief under Chapter 7 of the U.S. Bankruptcy Code in any United States Bankruptcy Court in any jurisdiction where such a filing would be proper (the "Bankruptcy Court");

**FURTHER RESOLVED,** that William DeMaio is authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code and to file such a petition in the Bankruptcy Court, and to execute any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

**FURTHER RESOLVED,** that William DeMaio is authorized to retain on behalf of the Company the law firm of Cross & Simon, LLC as bankruptcy counsel upon such terms and conditions as he shall approve, to render legal services to and to represent, the Company in connection with such Chapter 7 proceedings and other related matters in connection therewith;

**General Authority**

**RESOLVED,** that any and all actions heretofore taken by William DeMaio in connection with the transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified and confirmed in all respects;

**FURTHER RESOLVED,** that William DeMaio is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the officer or officers taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

IN WITNESS THEREOF, this unanimous written consent has been executed by the undersigned Managing Member of the Company effective as of the 28th day of September, 2026.

MYSTIC WOODS LLC

By its Managing Member, Mystic Woods GP LLC

*/s/ William DeMaio*
William DeMaio
Sole Member of Mystic Woods GP LLC

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

District Of Delaware

Mystic Woods LLC,

Case No. ________________

Debtor.

Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10,000.00

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . .. . . . . . . $10,000.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: **N/A**

   ☐ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

a. Representation of any officers, directors, or shareholders of the debtor.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: September 28, 2026

*_/s/ Kevin S. Mann_*
Cross & Simon, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Mystic Woods LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. ____________ |

**DECLARATION UNDER PENALTY OF PERJURY**
**REGARDING LIST OF EQUITY SECURITY HOLDERS**

I, William DeMaio, Sole Member of Mystic Woods GP LLC, the Managing Member of Mystic Woods LLC, named as the debtor in this case, hereby declare under penalty of perjury that I have read the attached List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: September 28, 2026

*/s/ William DeMaio*
William DeMaio
Sole Member of Mystic Woods GP LLC

# EQUITY HOLDERS

Aayush Enterprises Inc

Amit Tyagi

Clayton Ward

Collegiate Tutoring

Crimson Christmas Consulting LLC

Daniel Pipitone

Dennis Abbott

Dhruti Patel

Harbor Home Realty LLC

Hetal Patel

Joseph Schoffstall

Kanchan Patel

Lamm Family Trust

Mark Lemons

Xecute Solutions LLC

Martin Melnick

Mavrik Properties LLC

Mystic Woods CV LLC

Navinkumbar Patel

Patrick Blake

Pauline Woodward

Rajendra Patel Manassas

Sonalben Patel

Steven Spencer

Tammy Lemons

Tracey Boys

Van Nguyen

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| Mystic Woods LLC, | Case No. ____________ |
| Debtor. | |

**DECLARATION UNDER PENALTY OF**
**PERJURY REGARDING CREDITOR MATRIX**

Mystic Woods LLC, the above-captioned debtor, filed a petition in this court on September 28, 2026 for relief under chapter 7 of the United States Bankruptcy Code. Contemporaneously with the filing of the petitions, Mystic Woods LLC filed a list of its creditors (the "Creditor Matrix"). The Creditor Matrix was submitted to the Court electronically.

I, William DeMaio, Sole Member of Mystic Woods GP LLC, the Managing Member of Mystic Woods LLC, hereby declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my knowledge, information and belief.

Date: September 28, 2026

*/s/ William DeMaio*
William DeMaio
Sole Member of Mystic Woods GP LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Mystic Woods LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. ____________ |

**STATEMENT OF CORPORATE OWNERSHIP**

I, William DeMaio, Sole Member of Mystic Woods GP LLC, the Managing Member of Mystic Woods LLC, named as the debtor in this case (the "Debtor"), hereby state pursuant to Fed. R. Bankr. P. 1007(a)(1) that the following corporate entities directly or indirectly own 10% or more of any class of the Debtor's equity interests:

a) Aayush Enterprises Inc

b) MTC fbo Amit Tyagi #1732271

c) Xecute Solutions LLC

d) Mystic Woods CV LLC

Date: September 28, 2026

*/s/ William DeMaio*
William DeMaio
Sole Member of Mystic Woods GP LLC