**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Mystic Woods LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 26-11520 (KBO) |

**LIST OF CREDITORS**

PLEASE TAKE NOTICE that attached hereto is the list of known creditors in connection with the above-captioned bankruptcy proceeding.

Dated: October 2, 2026

CROSS & SIMON, LLC

*/s/ Kevin S. Mann*

Kevin S. Mann (No. 4576)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
(302) 777-4200
kmann@crosslaw.com

*Counsel to Debtor*

Aayush Enterprises Inc
13779 Woodside St
Eastvale, CA 92880

Amit Tyagi
3 Symmes Road
Franklin, MA 02038

Ankita Patel
10100 Makelys Way
Manassas, VA 20110

Blueclay Investment Ventures, LP
118 Annabel Rd
North Wales, PA 19454

Collegiate Tutoring
19 Guynn Bridge Court
Chico, CA 95926

Crimson Christmas Consulting LLC
890 E Lake Sue Ave
Winter Park, FL 32789

Crowdvest LLC
490 Wheeler Rd.
Suite 150
Hauppauge, NY 11788

Daniel Pipitone
177 Luquer Street
Brooklyn, NY 11231

Dennis Abbott
1333 Lockwood Drive
Lafayette, IN 47905

Dhruti G Patel
10412 Monterosa Pl
Manassas, VA 20110

Harbor Homes Realty LLC
9643 Mill Hill Lane
St. Louis, MO 63127

Hetalben Patel
7430 Tanyard Knoll Lane
Glen Burnie, MD 21060

Ira Fin. Trust Co. Fbo Marc Lemons
5024 S Bur Oak Pl
Ste 200
Sioux Falls, SD 57108

Ira Fin. Trust Co. Fbo Tammy Lemons
5024 S Bur Oak Pl
Ste 200
Sioux Falls, SD 57108

Jeffery Flamm
2005 NW 2nd Ave
Delray Beach, FL 33444

Joseph H Schoffstall
285 Blue Mountain Rd
Schuylkill Haven, PA 17972

Joseph Scaacca
140 Adams Ave.
Suite A5
Hauppauge, NY 11788

Kanchanben PAtel
11989 Rayborn Creek Dr
Manassas, VA 20109

Law Offices of Susan E. Hauser PC
64 Route 25A
PO Box 465
Shoreham, NY 11786

Mavrk Properties
13878 Vera Cruz Rd
Frisco, TX 75035

Mtc Fbo Amit Tyagi #1732271
3 Symmes Road
Franklin, MA 02038

Mtc Fbo Martin Melnick #1731913
Po Box 07520
Fort Myers, FL 33919

Mtc Fbo Van Nguyen #1729430
3732 Presidential Drive
Palm Harbor, FL 34685

Mystic Woods CV LLC
7 Torrington Lane
Shoreham, NY 11786

Mystic Woods Condo Association
317 Mabry Street
Tallahassee, FL 32304

Navin Patel
7444 Tanyard Knoll Lane
Glen Burnie, MD 21060

Patrick Blake
1240 India Street
Unit 501
San Diego, CA 92101

Pauline C Woodward
PO Box 1681
Chico, CA 95927

Robyn Consulting Group
1126 SW 147th Ave
Pembroke Pines, FL 33027

Sonalben A. Patel
352 Stone Mill Dr
Brunswick, GA 31520

Steve Spencer
341 Braid Drive
Mount Juliet, TN 37122

Tracey B. Boyd
360 S. Crest Rd
Chattanooga, TN 37404

Xecute Solutions LLC
318 Terrace Ave
Jersey City, NJ 07307