# Exhibit A

## Declaration of Jami B. Nimeroff, Chapter 7 Trustee Concerning Motion for Joint Administration of Chapter 7 Cases

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Mystic Woods LLC,<br>Debtor. | Chapter 7<br>Case No. 26-11520-KBO |
| In re:<br>River City Realty Fund LLC,<br>Debtor. | Chapter 7<br>Case No. 26-11521-KBO |
| In re:<br>Waycross Realty Fund LLC,<br>Debtor. | Chapter 7<br>Case No. 26-11522-KBO |
| In re:<br>Wilmington Realty LLC,<br>Debtor. | Chapter 7<br>Case No. 26-11523-KBO |

**DECLARATION OF JAMI B. NIMEROFF PURSUANT**
**TO LOCAL RULE OF BANKRUPTCY PROCEDURE 1015-1**

I, Jami B. Nimeroff, hereby declare as follows:

1. I am the interim chapter 7 Trustee for the Estates of the above-captioned Debtors. This Declaration is submitted pursuant to Local Rule 1015-1, and in support of the Motion for Joint Administration of Chapter 7 Cases (the "Motion").[1]

2. According to information provided in the Debtors' respective chapter 7 voluntary petitions, schedules, and statements of financial affairs, the Debtors are related in a number of ways, including the following:

   a. The Debtors' bankruptcy filings were authorized under resolutions that were signed by the same individual, in his capacity as the managing member of each of the Debtors' managing members.

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

b. According to their schedules, the Debtors are all parties to Asset Management Agreements with Crowdvest LLC ("Crowdvest"), and the Debtors are the owners of four of the nine real estate projects identified as part of Crowdvest's portfolio on its website. https://crowdvestllc.com/properties/

c. According to their petitions, the Debtors have 91 separate equity security holders, 34 of which have interests in multiple debtors. More particularly, 22 equity holders have interests in two Debtors, eight have interests in three Debtors, and four have interests in all four Debtors.

20. Contemporaneously with the filing of this Motion, I am filing a motion for authority to operate the Debtors' businesses for a limited time pursuant to section 721 of the Bankruptcy Code, and I currently anticipate administering a common marketing and sale process in all four cases.

21. Because the Debtors were under common management before the Petition Date, and administration of their cases will proceed along very similar tracks, I am certain that joint administration will promote judicial and administrative efficiency for the benefit of all parties in interest.

Dated: October 6, 2026

*_/s/ Jami B. Nimeroff_*
Jami B. Nimeroff
Interim Chapter 7 Trustee