**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Mystic Woods LLC,<br>Debtor. | Chapter 7<br>Case No. 26-11520-KBO |
| In re:<br>River City Realty Fund LLC,<br>Debtor. | Chapter 7<br>Case No. 26-11521-KBO |
| In re:<br>Waycross Realty Fund LLC,<br>Debtor. | Chapter 7<br>Case No. 26-11522-KBO |
| In re:<br>Wilmington Realty LLC,<br>Debtor. | Chapter 7<br>Case No. 26-11523-KBO |

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on Tuesday, October 6, 2026, the foregoing *Motion for Joint Administration of Chapter 7 Cases* (the "Motion") was efiled in the above-captioned cases via CM/ECF and served via NEF on all parties registered to receive notification of such filings. Additionally, the Motion was served by U.S. Mail on the following parties:

| | |
|---|---|
| Hannah J. McCollum<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>*U.S. Trustee* | Kevin S. Mann<br>Cross & Simon, LLC<br>1105 N. Market Street, Suite 901<br>P.O. Box 1380<br>Wilmington, DE 19899-1380<br>*Counsel to Debtors* |

**COZEN O'CONNOR**

Dated: October 6, 2026

*\/s/ Mark E. Felger*
Mark E. Felger (#3919)