**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Mystic Woods LLC *et al.*,[1] | ) | Case No. 26-11520-KBO |
| Debtors. | ) | (Joint Administration Pending ) |

**ORDER PURSUANT TO 11 U.S.C. §§ 105, 363, AND 721 OF THE BANKRUPTCY CODE: (A) AUTHORIZING THE CHAPTER 7 TRUSTEE'S LIMITED OPERATION OF THE DEBTORS' BUSINESSES FOR LIMITED TIME; (B) APPROVING RETENTION OF CONSULTANTS; AND (C) GRANTING RELATED RELIEF**

This matter came before the Court on the *Emergency Motion of Jami B. Nimeroff, Chapter 7 Trustee, for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, and 721 of the Bankruptcy Code: (A) Authorizing the Chapter 7 Trustee's Limited Operation of the Debtors' Businesses for Limited Time; (B) Approving Retention of Consultants; and (C) Granting Related Relief* (the "Motion");[2] and the Court having jurisdiction to consider the relief requested in the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the relief requested in the Motion being a core proceeding pursuant to 28 U.S.C. §§ 157; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given under the circumstances of this case and this matter; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

---

[1] The Debtors in these cases and the last four digits of their respective taxpayer identification numbers are as follows: Mystic Woods LLC (3974), River City Realty Fund LLC (3867), Waycross Realty Fund LLC (2293), and Wilmington Realty LLC (0628). As of the Petition Date, the Debtors' principal place of business was at 490 Wheeler Road, Suite 150, Hauppauge, NY 11788.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings assigned in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The Trustee is authorized to operate the Debtors' businesses for 180 days effective as of September 28, 2026 and continuing through and including March 27, 2027.

3. The Trustee is hereby authorized to pay all Operating Expenses in the ordinary course of business.

4. Without limiting the generality of the foregoing the Trustee is authorized to:

a) Retain Travis Brandow as consultant, and to compensate Mr. Brandow on the terms set forth in the Motion without further order of the Court; and

b) Retain such other consultants and managers as the Trustee deems necessary or appropriate to the administration of the Estates, not including "professionals" as that term is used in 11 U.S.C. § 327, and to compensate such consultants and managers without further order of the Court.

5. Nothing herein shall prejudice the Trustee's right to request additional time to operate the Debtors' businesses pursuant to section 721 of the Bankruptcy Code.

6. The Trustee shall submit an Operating Report for each month or partial month that the Trustee operates the Debtors' business under section 721 of the Bankruptcy Code, which Operating Report shall include, but not be limited to, a statement of receipts and disbursements during the applicable period.

7. To the extent that it might otherwise be applicable, the stay imposed by Bankruptcy Rule 6004(h) is hereby waived, and the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.