# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Mystic Woods LLC *et al.*,[1] | ) | Case No. 26-11520-KBO |
| Debtors. | ) | (Jointly Administered ) |

**<u>DECLARATION OF MICHAEL JERBICH</u>**

I, Michael Jerbich, pursuant to 28 U.S.C. § 1746, hereby declare and state under the penalty of perjury as follows:

1. I am President of GA Real Estate Group, LLC ("<u>GA Group</u>"). I submit this declaration in support of the *Application of Jami B. Nimeroff, Chapter 7 Trustee, to Employ GA Real Estate Group, LLC as Broker and Property Manager* (the "<u>Application</u>").[2] Unless otherwise stated herein, I have personal knowledge of the facts set forth in this Declaration.

**<u>Qualifications</u>**

2. GA Group is a real estate brokerage and management firm offering a wide range of advisory, brokerage, restructuring, and portfolio management services, with expertise dealing with distressed companies in and out of bankruptcy.

3. Collectively, GA Group's principals have sold over $6 billion in assets and more than 25 million square feet of real estate across retail, multifamily, office, and industrial sectors.

4. Our team has operational expertise dealing with many asset classes, both domestically and internationally, and has served clients in numerous complex bankruptcy cases,

---

[1] The Debtors in these cases and the last four digits of their respective taxpayer identification numbers are as follows: Mystic Woods LLC (3974), River City Realty Fund LLC (3867), Waycross Realty Fund LLC (2293), and Wilmington Realty LLC (0628). As of the Petition Date, the Debtors' principal place of business was at 490 Wheeler Road, Suite 150, Hauppauge, NY 11788.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

including Remington Outdoors, J.C. Penney, Mattress Firm, Sears Holdings, and Bon-Ton Department Stores.

## SCOPE OF PROPOSED ENGAGEMENT

5. Subject to Court approval, GA Group has agreed to render brokerage and management services to the Trustee as described in the Application.

6. Specifically, in its capacity as manager, GA Group would provide the following services:

a. Communicating with the On-Site Managers and directing their day-to-day management and maintenance activities;

b. Overseeing collection of rents, delinquency management, and associated administrative functions, including Section 8 voucher coordination with the relevant government agencies;

c. Managing vendor and service contracts, and procuring and overseeing repairs and capital items required to preserve value;

d. Establishing operating budgets and cash controls, with disbursements in accordance with the Trustee's directions;

e. Negotiating leases and lease renewals;

f. To the extent of available information, preparing monthly reports on a property-level and consolidated basis, including rent rolls, income statements, accounts receivable aging, budget variance, and such other reports as may be reasonably requested by the Trustee;

g. Establishing and maintaining due diligence data for each property, including rent rolls, leases, service contracts, and operating histories;

h. Coordinating the transition of management functions to purchasers at the time of closing, including handling of security deposits, prorations, estoppels, and appropriate notices to Tenants and third parties; and

i. Such other services as may be reasonably necessary to the efficient management of the Properties, and as agreed upon by GA Group and the Trustee.

7. As broker, GA Group would render the following services:

a. Preparing an initial review of the Properties' physical condition and market analysis, and advising on necessary or recommended rehabilitation, repairs, and other alterations, on an as needed basis;

b. Preparing financial diligence materials and comprehensive profiles of the Properties;

c. Compiling available title, Phase I, and survey reports, along with all other required property due diligence materials;

d. Scheduling and overseeing interior and exterior photoshoots and aerial imaging;

e. Preparing print and online marketing content, including sale offering memoranda and marketing email forms;

f. Creating and maintaining a custom website and automated NDA process for a secure data room via GA Group's web portal;

g. Finalizing and loading due diligence materials into data room;

h. Listing on third-party marketing platforms (as necessary);

i. Developing a targeted investor marketing list based on GA Group's sales marketing database and third-party lists, and market the Properties by email blast to identified potential purchasers and print and online publication;

j. Communicating with potential purchasers and coordinating site visits;

k. Assisting with negotiating purchase agreements, seeking Court approval of sales, and closing on Court approved sales; and

l. Such other services as may be reasonably necessary to the marketing and sale of the Properties, and as agreed upon by GA Group and the Trustee.

**COMPENSATION ARRANGEMENT**

8. GA Group has agreed to a compensation package consisting of commissions earned on the closing of any sale (the "Fees"). In addition, GA Group would be entitled to reimbursement of out-of-pocket expenses, as approved by the Trustee, on a monthly basis.

9. GA Group's Fees would be equal to three and three-quarters percent (3.75%) of the sale proceeds, net of customary closing costs, realized on the sale of any Property. Subject to Court approval of a Property sale, Fees would be payable upon the closing of any such sale, without the need for any further application or order.

9. Other than as provided for and allowed by section 504 of the Bankruptcy Code, GA Group has not entered into any arrangement to share its commission.

**GA GROUP'S DISINTERESTEDNESS**

10. GA Group is a subsidiary of Great American Holdings, LLC ("GAH"), which operates through several subsidiaries to provide asset disposition, appraisal, valuation, real estate advisory, investment banking, and financial advisory services and related services as well as direct capital solutions to a broad client base spanning, among other things, public and private companies, financial institutions, legal and professional services firms, and individuals. Additionally, GAH opportunistically invests in and acquires companies or assets with attractive risk-adjusted return profiles to benefit its members. GA Group is a separate legal entity from GAH and GAH's other subsidiaries. GAH and its subsidiaries, including GA Group, observe appropriate legal formalities as separate entities. GAH and its subsidiaries adhere to customary confidentiality obligations with respect to client information. GA Group personnel do not have access to the files of other GAH business lines, nor do other business lines have access to GA Group files. GAH also maintains policies designed to prevent confidential, non-public information and work product from being shared improperly.

11. GA Group and its affiliates provide services to a wide range of institutions and individuals and may in the past have had, and may currently or in the future have, relationships with parties that may have relationships with the Debtors and/or the Trustee. In the ordinary course of business, investment funds affiliated with GAH and certain of GA Group's and its affiliates' employees, as well as investment funds in which such employees may have financial interests, but over whose investment decisions such employees have no input or control, may acquire, hold, or sell long or short positions, or trade or otherwise effect transactions, in debt, equity, and other securities and financial instruments (including bank loans and other obligations) of, or investments in, the Debtors or other parties that may have an interest in these chapter 7 cases or have other relationships with such parties. With respect to any such securities, financial instruments and/or investments, all rights in respect of such securities, financial instruments, and investments, including any voting rights, will be exercised by the holder of the rights, in its sole discretion. Moreover, the GA Group employees who are working on these chapter 7 cases are subject to policies designed to prevent confidential, non-public information from being improperly shared.

12. Affiliates of GA Group provide valuation opinions on the assets, securities and derivative holdings of various entities and individuals, including business development companies, private equity firms, and hedge funds, which may include debt securities of the Debtors. This work is unrelated to the services that GA Group intends to provide in these chapter 7 cases.

13. In the ordinary course of its business, GA Group and its affiliates from time to time discuss issues concerning stressed and distressed companies with creditors and potential creditors that are clients of the firm, or that otherwise contact GA Group or its affiliates, or that are referred to the firm in light of GA Group's or its affiliates' reputation for covering such companies and/or relevant industry expertise. At the time of those contacts, it is not known whether any particular

company will actually file for bankruptcy, or be a creditor of the relevant estate in the event of a future bankruptcy.

14. GA Group and its affiliates' personnel may have business associations with certain creditors of the Debtors or the Debtors' counsel or the Trustee or her counsel, or other professionals involved in these chapter 7 cases on matters unrelated to these chapter 7 cases. In addition, in the ordinary course of its business, GA Group and its affiliates may engage counsel or other professionals in unrelated matters who now represent, or in the future may represent, creditors or other interested parties in these chapter 7 cases or who have represented or currently represent GA Group and its affiliates in matters unrelated to these chapter 7 cases.

15. GA Group affiliates have provided due diligence, asset appraisal, consultation, enterprise valuation, and/or field exam services in the ordinary course of business on matters unrelated to the Debtors to many lenders, investors, and other market participants, some of whom may be creditors and other parties in interest in these chapter 7 cases.

16. In connection with its proposed retention by the Trustee in these chapter 7 cases, GA Group undertook to determine whether it has any conflicts or other relationships that might cause GA Group not to be disinterested or to hold or represent an interest adverse to the Debtors or the Trustee.

17. To determine GA Group's relationship with parties in interest in these chapter 7 cases, GA Group obtained from the Trustee or her representatives the names of certain of the Debtors' significant creditors and other parties-in-interest (individually an "Interested Party," and collectively, the "Interested Parties"). The list of Interested Parties is attached hereto as **Schedule 1**. A search was performed for connections to the Interested Parties during the past three

years, and based on that review, I represent that, to the best of my knowledge, I know of no fact or situation that would represent a conflict of interest for GA Group with regard to the Trustee.

18. The review of the Interested Parties described herein was conducted by GAH pursuant to the following procedures: GA Group asks the senior management team and select employees of each GAH subsidiary to review the list of Interested Parties and identify and describe any relationships and GA Group simultaneously checks certain internal databases of GAH subsidiaries.

19. Based on the process set forth herein, it is my understanding that the overall design and implementation of GAH's current procedures provide a reasonable level of comfort to GAH and GA Group that relationships and potential conflicts will be identified. Continued inquiry will be made following the filing of this Declaration by undertaking the same procedures described herein and in the Declaration on a periodic basis, with additional disclosures to be filed in this Court if necessary or otherwise appropriate.

20. Except as otherwise disclosed herein, and insofar as I have been able to ascertain after due diligence and based on GAH's review of the list of Interested Parties, to the best of my knowledge, information, and belief after reasonable inquiry, neither I, GA Group, nor any of the professionals or employees participating in or connected with GA Group's engagement with the Trustee, represent any party in interest or any other entity in these chapter 7 cases other than the Trustee. Except as outlined above, GA Group's due diligence has revealed that GA Group and its professionals:

a. do not hold or represent any interest adverse to the Debtors or their creditors or the Trustee;

b. are disinterested as defined in § 101(14) of the Bankruptcy Code, to the extent applicable;

c. are not a creditor, security holder, or insider of the Debtors and do not represent any entity (or its attorneys or accountants) other than the Trustee in connection with these chapter 7 cases;

d. are not, and were not, within two (2) years before the Petition Date, a director, officer, or employee of the Debtors;

e. do not have any interest materially adverse to the interests of the Debtors or their estates or any class of creditors or equity security holders of the Debtors or to the Trustee, by reason of any direct or indirect relationship to, connection with, or any interest in, the Debtors or for any other reason; and

f. except as set forth herein, have no connections with the Debtors, the Trustee, creditors, equity interest holders, or any party interest, or with the respective attorneys or accountants of the foregoing disclosed on Schedule 1 or with any judge presiding over these chapter 7 cases.

21. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, GA Group has not been retained to assist any entity or person other than the Trustee on matters relating to, or in direct connection with, these chapter 7 cases.

22. In addition, GA Group does not believe that any relationships that GA Group or any of its professionals or employees participating in or connected with GA Group's engagement with the Trustee may have with any Interested Parties in connection with any unrelated matter will interfere with or impair GA Group's representation of the Trustee in these chapter 7 cases.

23. Based on the results of its review, GA Group does not have an active relationship with any of the parties listed on **Schedule 1** in matters related to this proceeding.

24. GA Group and its affiliates appear in numerous cases and proceedings and participate in transactions that involve many different professionals, including attorneys, accountants, investment bankers, and financial consultants, who may represent claimants and

parties-in-interest in the Debtors' chapter 7 cases. In addition, GA Group and its affiliates may have in the past performed, currently be performing, or may perform in the future advisory services for various attorneys and law firms, either directly or on behalf of such attorneys' or firms' clients, and may have in the past been, currently be, or may in the future be represented by attorneys and law firms, some of whom may become involved in these proceedings. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors or the Trustee in the matter upon which GA Group is to be employed.

25. GA Group does not believe it is a "creditor" of the Debtors within the meaning of § 101(1) of the Bankruptcy Code. Further, neither I nor any member of the GA Group engagement team servicing the Debtors, to the best of my knowledge, is a holder of any of the Debtors' debt or equity securities.

26. Except as set forth herein, neither I, GA Group, nor any principal, consultant or employee thereof has agreed to share or will share any portion of the compensation to be received from the Trustee by GA Group with any other person other than the members and regular employees of GA Group and its members.

I declare under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief.

Dated: October 22, 2026

Michael Jerbich

# SCHEDULE 1

| | | |
|---|---|---|
| **Debtors** | | |
| Mystic Woods LLC | | |
| River City Realty Fund LLC | | |
| Waycross Realty Fund LLC | | |
| Wilmington Realty LLC | | |
| **Debtor's Managers** | | |
| Mystic Woods GP LLC | | |
| River City Realty Fund GP LLC | | |
| Waycross Realty Fund GP LLC | | |
| Wilmington Realty GP LLC | | |
| **Debtors' Professionals** | | |
| Sciacca, Riemma & Soldo LLP | | |
| Cross & Simon, LLC | | |
| **Debtor's Management** | | |
| Tara Chapman | | |
| Ken Chapman | | |
| William DeMaio | | |
| Chris DeMaio | | |
| **Trustee** | | |
| Jami B. Nimeroff | | |
| **Trustee's Counsel** | | |
| Cozen O'Connor | | |
| **Creditors** | | |
| Corevest American Finance Lender LLC | | |
| American Savings Life Insurance Company | | |
| Travis Brandow | | |
| Crowdvest LLC | | |
| Robyn Consulting Group | | |
| Mystic Woods Condo Association | | |
| **Equity Holders** | | |
| A & P Family Trust | Hetal Patel | Pardha Neelisetty |
| Aayush Enterprise Inc | Ishtiaque Quasem | Patrick Blake |
| Aayush Enterprises Inc | Jaffer Mobeen | Paul Neureuter |
| Ali Chunara | Jason Dickinson | Pauline Woodward |
| Alice Hypes | Jason Franzman | Pramod Poojary |
| Amit Patel | Jason Pistulka | Prasad Vindla |
| Amit Tyagi | Jeremey Lay | Rajendra & Rita Patel |
| Arshia Khan MD LLC | Jeremy Lay | Rajendra Patel Manassas |
| ATK Eagle LLC | Jignashu Patel | Rajendrakumar Patel |
| Aziz Mohamed | Jimmy Ponder | Rick Tangri |
| Bhavin Patel | Joe Schoffstall | Rita & Raj Patel |
| Brian Goodfriend | Joseph Schoffstall | River City Realty CV LLC |
| Bruce Thomas | JTD Midtowne Investments, LLC | Sam Baror |
| Chan San Chan | Kanchan Patel | Sammy Baror |
| Charles Myers Trust | Kanchanben Patel | Samuel Baror |
| Chirag Patel | Kanchenben Patel | Sherman Lee |
| Chris Mendoza | Keith Wally | Sonalben Patel |
| Christopher Bainer | Ken Hobbs | Steve Lamfrom |
| Clayton Ward | Krishna Jasani | Steve Spencer |
| Collegiate Tutoring | Lamm Family Trust | Steven Spencer |
| Colt Henderson | Mark Lemons | Tammy Lemons |

| | | |
|---|---|---|
| Crimson Christmas Consulting LLC | Martin Melnick | Tracey Boys |
| Daniel Pipitone | Matthew Cavanna | Tracey Thomas |
| Dennis Abbott | Mavrik Properties LLC | Tyler Thomas |
| Dennis Royster | Miten Patel | Van Nguyen |
| Dhruti Patel | Mohamed Sadeia | Veemal Desai |
| Dick Deal | Mystic Woods CV LLC | Vicente Sanchez |
| Divyesh Patel | N&J Vrionis Revocable Trust | Vipin Lohiya |
| Ebrahim Rad | Navin Patel | Virag Patel |
| Garry Murray | Navinkumbar Patel | Waycross Realty Fund CV LLC |
| Harbor Home Realty LLC | Niamath Kahn | Wilmington CV LLC |
| Harbor Homes Realty | Nick Vrionis | Wisdom Investing LLC |
| Harbor Homes Realty LLC | Nima Pedram | WSOZ LLC |
| Harvey Popp | Onecorp LLC | Xecute Solutions LLC |
| Hemal Patel | | |
| | **Tenants** | |
| Alec and Traver Davis/Simmons | Emily Harris | Ralph & Valerie Westbury |
| Alesia Leggett | Emily Price | Renee Miller |
| Alexandria Beck | Frederico Quintell | Richard&Regina Westberry |
| Allen & Lana Esposo, Parsons | Fredrico Quintell | Richard&Regina Westbury |
| Amanda, Steve Phifer, Glubetich | Gabriell B. Edwards | Ricky Renshaw |
| Amina Turner | Gracie M. McPherson | River Coffey |
| Amy Mcgee | Jack Rucker | Robert Mcmillan |
| Angel N. Ibarra | Jacob Phillips | Roselyn Connell |
| Angela Harrison | James M. Murphy | Roshonda D. Spencer |
| Arialle Tate | Jason & Heather & Jessa | Russell K. Powell |
| Benjamin & Lindsay Vance, Eck | Jennifer Klauser, M. Rebecca Gilmore | Sabrina J. Schrepfer |
| Benjamin Faye | Jim Johnson | Sammi Huntley |
| Beth A. Henry | Joseph Kilby | Sammy Brown |
| Bobbie Sands | Kaitlyn E. Emery | Samuel & Ashley Courson |
| Bobbie Takes | Katie Cason | Sara M. Coker |
| Bradford F. Seguine | Kayla Pittman | Sarah M. Smith |
| Brandi M. Cortright | Kimm Bellato | Savannah Graham |
| Bryanna Turner | Kristen & Michael Turner | Savannah Johnson |
| Candice & Dakota Brown | Krystal Johnson | Shamika Browning |
| Candice Mock/Dakota Brown | LaDonna Singleton | Shanequa Batts |
| Chakia Brown | Latroya Murrell | Shanique M. Wilds |
| Chelsea & Daniel Craig | Lisa & Brandon Smith | Shulson & Randy Jones, Wortman |
| Chris Shifflett | Lisa Swindell | Stacy , Sherrie Jones |
| Chris Teetsle | Lucretia Bland | Stephan M. Harrington |
| Christina J. Escamilla | Mayra Gonzolez | Stephanie D. Gaines |
| Christopher Cooper | Melissa Sercer | Stephanie Thomas |
| Christopher Mulvaugh | Michael Aldridge | Tatiana Houghton |
| Contenia White | Michaela A. Conyers | Thompson, Snipes, Bella |
| Daniel & Chelsea Craig | Michelle Callahan M. | Tiffany Russ |
| David Wood | Natajha L. Hayes | Tina & William Jennings, Eilmes |
| Deja D. Davis | Nathan Jones | Tracy Harrington |
| Dillon Jewel | Neal White | Whitany Taylor |
| Dylan Sanders | Noah Stimpson | Yolanda Garrett |
| Dylan Sanders & Jade Long | Omar Diaz | Zoey Noel |
| Elizabeth Roberts | Queenesia McCray | |