**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Mystic Woods LLC *et al.*,[1] | ) | Case No. 26-11520-KBO |
| Debtors. | ) | (Jointly Administered ) |

**ORDER GRANTING APPLICATION TO EMPLOY**
**GA REAL ESTATE GROUP, LLC AS BROKER AND PROPERTY MANAGER**

Upon consideration of the application (the "Application")[2] filed by Jami B. Nimeroff, chapter 7 trustee (the "Trustee"), to employ GA Real Estate Group, LLC ("GA Group") as broker and property manager for the estates (the "Estates") of the above-captioned debtors (the "Debtors"); and pursuant to the Declaration of Michael Jerbich (the "Jerbich Declaration") in support of the Application; it appearing that the Court has jurisdiction over this matter; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Pursuant to 11 U.S.C. § 327(a), the Trustee is authorized to employ GA Group, effective as of October 15, 2026, to serve as broker and property manager, and to provide the services described in the Application, on the terms and conditions set forth in the Application.

3. The Trustee is authorized to pay the Fees from the proceeds of the sale of any Property at closing, pursuant to section 328 of the Bankruptcy Code, without the need for further order of this Court or the filing of any applications by GA Group

[1] The Debtors in these cases and the last four digits of their respective taxpayer identification numbers are as follows: Mystic Woods LLC (3974), River City Realty Fund LLC (3867), Waycross Realty Fund LLC (2293), and Wilmington Realty LLC (0628). As of the Petition Date, the Debtors' principal place of business was at 490 Wheeler Road, Suite 150, Hauppauge, NY 11788.

[2] Capitalized terms shall have the same meaning ascribed to them in the Application.

4. Pursuant to section 363(c)(1) of the Bankruptcy Code, the Trustee is authorized to reimburse GA Group for any expenses incurred in connection with the management of the Properties, and to advance such amounts as the Trustee deems necessary or appropriate to meet anticipated expenses.

5. Due to the nature of GA Group's compensation, the time keeping requirements under Local Rule 2016-1(d) are hereby waived.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.