**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Mystic Woods LLC *et al.*,[1] | ) | Case No. 26-11520-KBO |
| | ) | (Jointly Administered ) |
| Debtors. | ) | **Objection Deadline: November 13, 2026 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: November 20, 2026 at 10:00 a.m. (ET)** |

**NOTICE OF APPLICATION OF JAMI B. NIMEROFF, CHAPTER 7 TRUSTEE, TO EMPLOY GA REAL ESTATE GROUP, LLC AS BROKER AND PROPERTY MANAGER**

**PLEASE TAKE NOTICE** that Jami B. Nimeroff, as chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors has filed the attached *Application to Employ GA Real Estate Group, LLC as Broker and Property Manager* (the "Application").

If you wish to file an objection or response to the Application, you must do so on or before **4:00 p.m. (ET) on November 13, 2026**. At the same time, you must also serve a copy of the objection or response via email upon the Trustee's attorneys:

Mark E. Felger, Esq.
Gregory F. Fischer, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
mfelger@cozen.com
gfischer@cozen.com

If any response to the Application is filed, a hearing will be held at 10:00 a.m. (ET) on November 20, 2026, before the Honorable Karen B. Owens, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware.

---

[1] The Debtors in these cases and the last four digits of their respective taxpayer identification numbers are as follows: Mystic Woods LLC (3974), River City Realty Fund LLC (3867), Waycross Realty Fund LLC (2293), and Wilmington Realty LLC (0628). As of the Petition Date, the Debtors' principal place of business was at 490 Wheeler Road, Suite 150, Hauppauge, NY 11788.

If you fail to object or respond in accordance with this Notice, the Court may grant the relief requested by the Application without further notice or hearing.

Dated: October 23, 2026

COZEN O'CONNOR

*/s/ Mark E. Felger*
Mark E. Felger (No. 3919)
Gregory F. Fischer (No. 5269)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
(302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

*Proposed Counsel to Jami B. Nimeroff, Chapter 7 Trustee*