**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Mystic Woods LLC *et al.*,[1] | ) | Case No. 26-11520-KBO |
| Debtors. | ) | (Jointly Administered ) |

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on Friday, October 23, 2026, the *Application of Jami B. Nimeroff, Chapter 7 Trustee, to Employ GA Real Estate Group, LLC as Broker and Property Manager* was efiled via CM/ECF in the above-captioned matters and served via NEF on all parties registered to receive notification of such filings, and was also served on the parties listed on the attached Service List by e-mail and first class mail.

Dated: October 23, 2026

**COZEN O'CONNOR**

*/s/ Mark E. Felger*
Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
mfelger@cozen.com
*Proposed Counsel for the Trustee*

[1] The Debtors in these cases and the last four digits of their respective taxpayer identification numbers are as follows: Mystic Woods LLC (3974), River City Realty Fund LLC (3867), Waycross Realty Fund LLC (2293), and Wilmington Realty LLC (0628). As of the Petition Date, the Debtors' principal place of business was at 490 Wheeler Road, Suite 150, Hauppauge, NY 11788.

**SERVICE LIST**

***Service by Email:***

Kevin S. Mann, Esq.
Cross & Simon, LLC
kmann@crosslaw.com
*Counsel to the Debtors*

Office of United States Trustee
Attn. Hannah J. McCollum
hannah.mccollum@usdoj.gov
*U.S. Trustee*

Crowdvest LLC
490 Wheeler Road, Suite 150
Hauppage, NY 11788
invest@crowdvestllc.com

CoreVest American Finance Lender LLC
4 Park Plaza, Suite 900
Irvine, CA 92614
info@cvest.com

American Savings Life Insurance
935 E. Main Street, #100
Mesa, AZ 85203
email@americansavingslife.com

American Savings Life Insurance
c/o Joyce, LLC
Attn. Michael Joyce
mjoyce@mjlawoffices.com