# EXHIBIT A

| | | |
|---|---|---|
| **Debtors** | | |
| Mystic Woods LLC | | |
| River City Realty Fund LLC | | |
| Waycross Realty Fund LLC | | |
| Wilmington Realty LLC | | |
| **Debtor’s Managers** | | |
| Mystic Woods GP LLC | | |
| River City Realty Fund GP LLC | | |
| Waycross Realty Fund GP LLC | | |
| Wilmington Realty GP LLC | | |
| **Debtors’ Professionals** | | |
| Sciacca, Riemma & Soldo LLP | | |
| Cross & Simon, LLC | | |
| **Debtor’s Management** | | |
| Tara Chapman | | |
| Ken Chapman | | |
| William DeMaio | | |
| Chris DeMaio | | |
| **Trustee** | | |
| Jami B. Nimeroff | | |
| **Trustee’s Counsel** | | |
| Cozen O’Connor | | |
| **Creditors** | | |
| Corevest American Finance Lender LLC | | |
| American Savings Life Insurance Company | | |
| Travis Brandow | | |
| Crowdvest LLC | | |
| Robyn Consulting Group | | |
| Mystic Woods Condo Association | | |
| **Equity Holders** | | |
| A & P Family Trust | Hetal Patel | Pardha Neelisetty |
| Aayush Enterprise Inc | Ishtiaque Quasem | Patrick Blake |
| Aayush Enterprises Inc | Jaffer Mobeen | Paul Neureuter |
| Ali Chunara | Jason Dickinson | Pauline Woodward |
| Alice Hypes | Jason Franzman | Pramod Poojary |
| Amit Patel | Jason Pistulka | Prasad Vindla |
| Amit Tyagi | Jeremey Lay | Rajendra & Rita Patel |
| Arshia Khan MD LLC | Jeremy Lay | Rajendra Patel Manassas |
| ATK Eagle LLC | Jignashu Patel | Rajendrakumar Patel |
| Aziz Mohamed | Jimmy Ponder | Rick Tangri |
| Bhavin Patel | Joe Schoffstall | Rita & Raj Patel |
| Brian Goodfriend | Joseph Schoffstall | River City Realty CV LLC |
| Bruce Thomas | JTD Midtowne Investments, LLC | Sam Baror |
| Chan San Chan | Kanchan Patel | Sammy Baror |
| Charles Myers Trust | Kanchanben Patel | Samuel Baror |
| Chirag Patel | Kanchenben Patel | Sherman Lee |
| Chris Mendoza | Keith Wally | Sonalben Patel |
| Christopher Bainer | Ken Hobbs | Steve Lamfrom |
| Clayton Ward | Krishna Jasani | Steve Spencer |
| Collegiate Tutoring | Lamm Family Trust | Steven Spencer |
| Colt Henderson | Mark Lemons | Tammy Lemons |

| | | |
|---|---|---|
| Crimson Christmas Consulting LLC | Martin Melnick | Tracey Boys |
| Daniel Pipitone | Matthew Cavanna | Tracey Thomas |
| Dennis Abbott | Mavrik Properties LLC | Tyler Thomas |
| Dennis Royster | Miten Patel | Van Nguyen |
| Dhruti Patel | Mohamed Sadeia | Veemal Desai |
| Dick Deal | Mystic Woods CV LLC | Vicente Sanchez |
| Divyesh Patel | N&J Vrionis Revocable Trust | Vipin Lohiya |
| Ebrahim Rad | Navin Patel | Virag Patel |
| Garry Murray | Navinkumbar Patel | Waycross Realty Fund CV LLC |
| Harbor Home Realty LLC | Niamath Kahn | Wilmington CV LLC |
| Harbor Homes Realty | Nick Vrionis | Wisdom Investing LLC |
| Harbor Homes Realty LLC | Nima Pedram | WSOZ LLC |
| Harvey Popp | Onecorp LLC | Xecute Solutions LLC |
| Hemal Patel | | |
| **Tenants** | | |
| Alec and Traver Davis/Simmons | Emily Harris | Ralph & Valerie Westbury |
| Alesia Leggett | Emily Price | Renee Miller |
| Alexandria Beck | Frederico Quintell | Richard&Regina Westberry |
| Allen & Lana Esposo, Parsons | Fredrico Quintell | Richard&Regina Westbury |
| Amanda, Steve Phifer, Glubetich | Gabriell B. Edwards | Ricky Renshaw |
| Amina Turner | Gracie M. McPherson | River Coffey |
| Amy Mcgee | Jack Rucker | Robert Mcmillan |
| Angel N. Ibarra | Jacob Phillips | Roselyn Connell |
| Angela Harrison | James M. Murphy | Roshonda D. Spencer |
| Arialle Tate | Jason & Heather & Jessa | Russell K. Powell |
| Benjamin & Lindsay Vance, Eck | Jennifer Klauser, M. Rebecca Gilmore | Sabrina J. Schrepfer |
| Benjamin Faye | Jim Johnson | Sammi Huntley |
| Beth A. Henry | Joseph Kilby | Sammy Brown |
| Bobbie Sands | Kaitlyn E. Emery | Samuel & Ashley Courson |
| Bobbie Takes | Katie Cason | Sara M. Coker |
| Bradford F. Seguine | Kayla Pittman | Sarah M. Smith |
| Brandi M. Cortright | Kimm Bellato | Savannah Graham |
| Bryanna Turner | Kristen & Michael Turner | Savannah Johnson |
| Candice & Dakota Brown | Krystal Johnson | Shamika Browning |
| Candice Mock/Dakota Brown | LaDonna Singleton | Shanequa Batts |
| Chakia Brown | Latroya Murrell | Shanique M. Wilds |
| Chelsea & Daniel Craig | Lisa & Brandon Smith | Shulson & Randy Jones, Wortman |
| Chris Shifflett | Lisa Swindell | Stacy , Sherrie Jones |
| Chris Teetsle | Lucretia Bland | Stephan M. Harrington |
| Christina J. Escamilla | Mayra Gonzolez | Stephanie D. Gaines |
| Christopher Cooper | Melissa Sercer | Stephanie Thomas |
| Christopher Mulvaugh | Michael Aldridge | Tatiana Houghton |
| Contenia White | Michaela A. Conyers | Thompson, Snipes, Bella |
| Daniel & Chelsea Craig | Michelle Callahan M. | Tiffany Russ |
| David Wood | Natajha L. Hayes | Tina & William Jennings, Eilmes |
| Deja D. Davis | Nathan Jones | Tracy Harrington |
| Dillon Jewel | Neal White | Whitany Taylor |
| Dylan Sanders | Noah Stimpson | Yolanda Garrett |
| Dylan Sanders & Jade Long | Omar Diaz | Zoey Noel |
| Elizabeth Roberts | Queenesia McCray | |

# EXHIBIT B

| **CLIENT** | **RELATIONSHIP TO DEBTOR** | **MATTERS** |
|---|---|---|
| Jami B. Nimeroff | Chapter 7 Trustee | Cozen O'Connor represents the Trustee in other chapter 7 cases, including the pending cases of the following debtors (and cases of their affiliates): (a) 26 Capital Acquisition Corp.; (b) IO Biotech, Inc.; (c) United Group Programs, Inc.; (d) Tek International, Inc.; (e) Nerra Inc.; (f) Boss Hog Contracting, LLC; and (g) Parker Group, Inc. |