# EXHIBIT A

**From:** Felger, Mark
**Sent:** Monday, October 12, 2026 9:33 AM
**To:** Tara Chapman; Chris DeMaio; Brian Ryniker
**Cc:** Nesset, Joel D.; Jami Nimeroff (nimeroff@dech7trustee.com); kmann@crosslaw.com
**Subject:** FW: Mystic Woods LLC; River City Realty Fund LLC, Waycross Realty Fund LLC, and Wilmington Realty LLC (collectively, the "Debtors")

Good morning. The Trustee needs access to AppFolio immediately, so that she can change the bank accounts for rent payments from Debtor accounts to Trustee accounts. She also needs immediate access to the GSuite account, so that she can take custody of the Debtors' records. We would prefer to proceed without involving the Bankruptcy Court with these very basic requests, so please let us know how we can make this happen by Wednesday. The balance of the Trustee's requests in her October 7 email may be provided on a rolling basis over the next several days. Thank you !

COZEN O'CONNOR

**Mark E. Felger**
**Co-Chair, Bankruptcy, Insolvency & Restructuring | Cozen O'Connor**
1201 North Market Street, Suite 1001 | Wilmington, DE 19801
O: 302.295.2087 C: 215.605.8889
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Jami Nimeroff
**Sent:** Wednesday, October 7, 2026 5:43 PM
**To:** TChapman@crowdvestllc.com
**Cc:** Felger, Mark <mfelger@cozen.com>; Nesset, Joel D. <jnesset@cozen.com>
**Subject:** Mystic Woods LLC; River City Realty Fund LLC, Waycross Realty Fund LLC, and Wilmington Realty LLC (collectively, the "Debtors")

Tara,

Thank you for your message and I appreciate your anticipated cooperation. As I believe Mark explained to you, I need to secure the Debtors' books and records. Thus, I thought it would be easier to email you so you would have the list of information we are looking for.

I understand the Debtors' electronic records are stored with Google in Gsuite. I will need to arrange for access to the Debtors' records in that system and am happy to work with you or your vendors to make that process as seamless and least disruptive as possible.

I also am looking for the following information. I appreciate this is a substantial list; whatever you can do to facilitate receipt of this would be greatly appreciated.

- With respect to Debtors' accounting system, online or electronic access, if possible, plus a hard copy of debtors' general ledger, profit and loss statement, and balance sheet for at least 4 years prior to the petition date; accounts payable report for 4 years prior to the petition date; and the contact information for debtors' employees most knowledgeable about debtors'

accounting systems, accounts receivable and accounts payable. Please also include information about debtors' current accounts receivable, if any.

- Location of debtors' business records and preservation status of servers, hard drives, cloud servers, cloud storage, emails, backup tapes, cell phones, text messages and list of assigned user IDs and passwords, cell phone numbers; or if the assets were sold, the agreement memorializing the document and data information sharing arrangement. Please include passwords for all "cloud-based" systems, including but not limited to Microsoft Outlook or other email providers, all accounting software, bill payment software, document management software, document preparation software and H/R software.
- Copies of Debtors' corporate records including articles of incorporation or other formation documents, merger documents, LLC operating / membership agreements, bylaws, and corporate minutes for the last 4 years.
- Copies of all loan documents, security agreements or financing statements under which any debtor is a lender or borrower.
- Copies of all unexpired contracts and leases.
- Copies of rent rolls for the properties.
- Copies of all recent insurance policies/binders and contact information for all insurance brokers and premium finance companies.
- Any appraisals or valuation reports for Debtors' assets, including audited or unaudited financial statements.
- Identification and contact information for debtors' accountants, auditors and ordinary course professionals.
- Copies of all Federal and State Tax Returns for the last 3 years.

Thank you again for your time and attention.

-Jami

Jami B. Nimeroff, Chapter 7 Trustee
919 N. Market Street, Suite 420
Wilmington, DE 19801
T: 302.428.8142
F: 302.351.2744
nimeroff@dech7trustee.com

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

# EXHIBIT B

**From:** Felger, Mark
**Sent:** Friday, October 16, 2026 11:34 AM
**To:** William DeMaio; Ken Chapman; Tara Chapman; Chris DeMaio; Brian Ryniker
**Cc:** Nesset, Joel D.; Fischer, Gregory F.; Carney, Shaina; kmann@crosslaw.com; JACQULYN S. LOFTIN
**Subject:** FW: Motion to Compel Turnover of Books and Records
**Attachments:** Mystic Woods - motion to compel crowdvest.doc

All, attached is a draft motion that the Trustee intends to file on Monday, along with a motion to schedule an expedited hearing to consider the motion. We are serving you with a draft motion in an effort to avoid the cost of proceeding by motion and involving the Court in something that should not require motion practice. Please let us know by Monday morning whether Crowdvest will provide the Trustee with access to the Debtors' books and records and obviate the need for a hearing next week. Thank you !

COZEN O'CONNOR

**Mark E. Felger**
**Co-Chair, Bankruptcy, Insolvency & Restructuring | Cozen O'Connor**
1201 North Market Street, Suite 1001 | Wilmington, DE 19801
O: 302.295.2087 C: 215.605.8889
Email | Bio | LinkedIn | Map | cozen.com

# EXHIBIT C

**From:** Felger, Mark
**Sent:** Thursday, October 22, 2026 9:44 AM
**To:** Brian Ryniker; Chris DeMaio
**Cc:** Jami Nimeroff (nimeroff@dech7trustee.com); Alan Lieberman; Nesset, Joel D.; William DeMaio; Kevin Mann; JACQULYN S. LOFTIN
**Subject:** RE: WO #764-1 - Door - Piney Grove. - 2

Good morning. I'm following up. Has this been accomplished ? We need the admin access for Jami and Alan today (frankly, two weeks ago). Let me know. Thank you.

COZEN O'CONNOR

**Mark E. Felger**
**Co-Chair, Bankruptcy, Insolvency & Restructuring | Cozen O'Connor**
1201 North Market Street, Suite 1001 | Wilmington, DE 19801
O: 302.295.2087 C: 215.605.8889
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Felger, Mark
**Sent:** Wednesday, October 21, 2026 8:50 AM
**To:** Brian Ryniker <brian@rkc.llc>; Chris DeMaio <cdemaio@crowdvestllc.com>
**Cc:** Jami Nimeroff (nimeroff@dech7trustee.com) <nimeroff@dech7trustee.com>; Alan Lieberman <alieberman@gagroup.com>; Nesset, Joel D. <JNesset@cozen.com>; William DeMaio <wdemaio@crowdvestllc.com>; Kevin Mann <kmann@crosslaw.com>; JACQULYN S. LOFTIN <jloftin@rmfpc.com>
**Subject:** FW: WO #764-1 - Door - Piney Grove. - 2

Brian and Chris, see below. Where do we stand in getting Jami and Alan "superadmin" rights to AppFolio ? I'd like to avoid the filing of a motion with the Court to compel Crowdvest to cooperate with the trustee, but Crowdvest may leave us with no choice. If we can't get this done today, then we'll file the motion tomorrow and ask the Court for an immediate hearing... Thanks !

COZEN O'CONNOR

**Mark E. Felger**
**Co-Chair, Bankruptcy, Insolvency & Restructuring | Cozen O'Connor**
1201 North Market Street, Suite 1001 | Wilmington, DE 19801
O: 302.295.2087 C: 215.605.8889
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Crowdvest LLC (Do Not Reply) <donotreply@appfolio.com>
**Sent:** Wednesday, October 21, 2026 7:18 AM
**To:** Jami Nimeroff <nimeroff@dech7trustee.com>
**Subject:** WO #764-1 - Door - Piney Grove. - 2

Hello Jami Nimeroff,

A resident submitted a maintenance request via their online portal.

**Work Order:** #764-1

**Job Description**

Back door and lock is stuck/broken/locked shut

**Issue Descriptor:** Door

**Issue Details**

1. Able to secure door: No
2. Door is entrance or exit: Yes
3. Door issue: Other

**Permission to Enter:** No

**Resident Name:** Kaia T. Guzik

**Resident Phone Number:** (480) 284-2113

**Address:** Piney Grove., 105 Piney Grove Baptist Church Road, Hubert, NC 28539, 2

**View this work order**

Crowdvest LLC

(631) 320-4208

If you would like to stop receiving these emails, please edit your notification settings

AppFolio Property Manager
70 Castilian Dr., Santa Barbara, CA 93117
866.648.1536

© 2026 AppFolio, Inc.

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

# EXHIBIT D

**From:** Felger, Mark
**Sent:** Tuesday, October 27, 2026 10:38 AM
**To:** Ken Chapman
**Cc:** Alan Lieberman; Jami Nimeroff; Steve Bridgett; Nesset, Joel D.; Chris DeMaio; William DeMaio; Kevin Mann; JACQULYN S. LOFTIN; Tara Chapman
**Subject:** Re: Due diligence materials

Thanks, but these boxes contain stale information and are incomplete.

As we have requested at least a half dozen times over the past three weeks, we need complete - and immediate - access to G-Suite, QuickBooks, and AppFolio. We have been more than patient here, and CrowdVest has left us with no choice but to file a motion and request that CrowdVest pay the Trustee's legal fees.

---

**From:** Ken Chapman <kchapman@crowdvestllc.com>
**Sent:** Tuesday, October 27, 2026 10:43:51 AM
**To:** Felger, Mark <MFelger@cozen.com>
**Cc:** Alan Lieberman <alieberman@gagroup.com>; Jami Nimeroff <nimeroff@dech7trustee.com>; Steve Bridgett <bridgett@dech7trustee.com>; Nesset, Joel D. <JNesset@cozen.com>; Chris DeMaio <cdemaio@crowdvestllc.com>; William DeMaio <wdemaio@crowdvestllc.com>; Kevin Mann <kmann@crosslaw.com>; JACQULYN S. LOFTIN <jloftin@rmfpc.com>; Tara Chapman <tchapman@crowdvestllc.com>
**Subject:** Re: Due diligence materials

****EXTERNAL SENDER****

Here are dropbox links. Most of the things you guys are looking for should be in here.

MYSTIC WOODS
https://drive.google.com/drive/folders/1Rq5ixdwEsmSi40nbnlTNq2secltduur3?usp=sharing

RIVER CITY
https://drive.google.com/drive/folders/1PY9Iz9-OZHTg5g_L9P3y_9K-6wpfciN5?usp=sharing

WAYCROSS
https://drive.google.com/drive/folders/1Ev_tDrE7GLhLMGnIxXsNzWFo5wl_0dct?usp=sharing

WILMINGTON
https://drive.google.com/drive/folders/15jKgN9v4Z7WjhIX5M4S4CctKnVmLd7t3?usp=sharing

On Tue, Oct 27, 2026 at 10:37 AM Felger, Mark <MFelger@cozen.com> wrote:

Yes... and we are well beyond ridiculous at this point...

---

**From:** Ken Chapman <kchapman@crowdvestllc.com>
**Sent:** Tuesday, October 27, 2026 10:31:51 AM
**To:** Felger, Mark <MFelger@cozen.com>
**Cc:** Alan Lieberman <alieberman@gagroup.com>; Jami Nimeroff <nimeroff@dech7trustee.com>; Steve Bridgett <bridgett@dech7trustee.com>; Nesset, Joel D. <JNesset@cozen.com>; Chris DeMaio <cdemaio@crowdvestllc.com>; William DeMaio <wdemaio@crowdvestllc.com>; Kevin Mann <kmann@crosslaw.com>; JACQULYN S. LOFTIN <jloftin@rmfpc.com>; Tara Chapman <tchapman@crowdvestllc.com>
**Subject:** Re: Due diligence materials

****EXTERNAL SENDER****

Thats ridiculous, You guys been working on this and dont have the drop box thats the first thing you guys should of got. Does everyone on this list need access?

On Tue, Oct 27, 2026 at 10:30 AM Felger, Mark <MFelger@cozen.com> wrote:

Not that I am aware of - Jami, Steve ?

---

**From:** Ken Chapman <kchapman@crowdvestllc.com>
**Sent:** Tuesday, October 27, 2026 10:21:48 AM
**To:** Alan Lieberman <alieberman@gagroup.com>
**Cc:** Felger, Mark <MFelger@cozen.com>; Jami Nimeroff <nimeroff@dech7trustee.com>; Steve Bridgett <bridgett@dech7trustee.com>; Nesset, Joel D. <JNesset@cozen.com>; Chris DeMaio <cdemaio@crowdvestllc.com>; William DeMaio <wdemaio@crowdvestllc.com>; Kevin Mann <kmann@crosslaw.com>; JACQULYN S. LOFTIN <jloftin@rmfpc.com>; Tara Chapman <tchapman@crowdvestllc.com>
**Subject:** Re: Due diligence materials

****EXTERNAL SENDER****

Did BIll or Brian ever give you guys access to the dropbox on these properties?

On Tue, Oct 27, 2026 at 7:57 AM Alan Lieberman <alieberman@gagroup.com> wrote:

Thank you Mark

Al Lieberman
Alieberman@gagroup.com
847-284-8256

---

**From:** Felger, Mark <MFelger@cozen.com>
**Sent:** Tuesday, 27 October 2026 06:56:44
**To:** Alan Lieberman <alieberman@gagroup.com>; Jami Nimeroff <nimeroff@dech7trustee.com>; Steve Bridgett <bridgett@dech7trustee.com>; Nesset, Joel D. <JNesset@cozen.com>; Chris DeMaio <cdemaio@crowdvestllc.com>; William DeMaio <wdemaio@crowdvestllc.com>; Kevin Mann <kmann@crosslaw.com>; JACQULYN S. LOFTIN

<jloftin@rmfpc.com>; Tara Chapman <tchapman@crowdvestllc.com>; Ken Chapman <kchapman@crowdvestllc.com>
**Subject:** RE: Due diligence materials

Good morning. The Trustee is running a sale process and her sales broker (Great American – rep copied) needs access to ALL books and records of the Debtors, i.e. AppFolio, G-Suite, Quickbooks, etc. We have asked for this now several times. Again, please provide this access TODAY. Thank you.

Also, Chris, you sent certain documents to me last week. I have asked that this link be sent to the Trustee's team (all of which are on this email). Please send this link to this group this morning. Thank you !

COZEN O'CONNOR

**Mark E. Felger**
**Co-Chair, Bankruptcy, Insolvency & Restructuring | Cozen O'Connor**
1201 North Market Street, Suite 1001 | Wilmington, DE 19801
O: 302.295.2087 C: 215.605.8889
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Alan Lieberman <alieberman@gagroup.com>
**Sent:** Tuesday, October 27, 2026 7:28 AM
**To:** Jami Nimeroff <nimeroff@dech7trustee.com>; Felger, Mark <MFelger@cozen.com>; Steve Bridgett <bridgett@dech7trustee.com>; Nesset, Joel D. <JNesset@cozen.com>
**Subject:** Re: Due diligence materials

****EXTERNAL SENDER****

There was just some old financials. There are no leases that were given to us.

Al Lieberman

Alieberman@gagroup.com

847-284-8256

**From:** Jami Nimeroff <nimeroff@dech7trustee.com>
**Sent:** Tuesday, 27 October 2026 04:11:42
**To:** Alan Lieberman <alieberman@gagroup.com>; Felger, Mark <mfelger@cozen.com>; Steve Bridgett <bridgett@dech7trustee.com>; Nesset, Joel D. <jnesset@cozen.com>
**Subject:** Re: Due diligence materials

Al the stuff I was given is all in the secure document link I already sent you. And Joel also forwarded some of this stuff to you.

Jami Nimeroff

mobile device

---

**From:** Alan Lieberman <alieberman@gagroup.com>
**Sent:** Tuesday, October 27, 2026 3:41 AM
**To:** Jami Nimeroff <nimeroff@dech7trustee.com>; Felger, Mark <mfelger@cozen.com>; Steve Bridgett <bridgett@dech7trustee.com>
**Subject:** Due diligence materials

Will you be able to get access? I need the leases , surveys ,rent rolls.

Al Lieberman

Alieberman@gagroup.com

847-284-8256

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

--

## Ken Chapman

Managing Director
**e:** kchapman@crowdvestllc.com
**c:** (631) 469-4828

Schedule a Call Here

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

--

## Ken Chapman

Managing Director
**e:** kchapman@crowdvestllc.com
**c:** (631) 469-4828

Schedule a Call Here

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

--

**Ken Chapman**

Managing Director
**e:** kchapman@crowdvestllc.com
**c:** (631) 469-4828

Schedule a Call Here