**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Mystic Woods LLC *et al.*,[1] | ) | Case No. 26-11520-KBO |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket Item 32** |

**ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 COMPELLING PRODUCTION OF DEBTORS' RECORDS BY CROWDVEST, LLC AND GRANTING RELATED RELIEF**

Upon consideration of the Motion of Jami B. Nimeroff, Chapter 7 Trustee, for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware compelling production of Debtors' records by Crowdvest, LLC (the "Motion");[2] and the Court having jurisdiction to consider the relief requested in the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the relief requested in the Motion being a core proceeding pursuant to 28 U.S.C. §§ 157; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given under the circumstances of this case and this matter; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

[1] The Debtors in these cases and the last four digits of their respective taxpayer identification numbers are as follows: Mystic Woods LLC (3974), River City Realty Fund LLC (3867), Waycross Realty Fund LLC (2293), and Wilmington Realty LLC (0628). As of the Petition Date, the Debtors' principal place of business was at 490 Wheeler Road, Suite 150, Hauppauge, NY 11788.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings assigned in the Motion.

1. The Motion is GRANTED.

2. Crowdvest LLC shall produce the Requested Information within seven (7) days of the entry of this Order, or such other date as is agreed to by the Trustee.

3. The Trustee is authorized to issue one or more subpoenas to Crowdvest to the extent necessary to obtain the Requested Information.

4. The Trustee's rights to request additional documents, electronicially stored information, testimony, or other information from Crowdvest under Bankruptcy Rule 2004 are fully reserved.

5. To the extent that it might otherwise be applicable, the stay imposed by Bankruptcy Rule 6004(h) is hereby waived, and the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation of this Order, including, without limitation, any disputes regarding any subpoena issued pursuant to this Order.

**Dated: November 10th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**