**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Mystic Woods LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 26-11520-KBO<br><br>(Jointly Administered)<br><br>**Re: D.I. 23** |

**ATHENE ANNUITY AND LIFE COMPANY'S LIMITED OBJECTION TO THE APPLICATION OF JAMI B. NIMEROFF, CHAPTER 7 TRUSTEE, TO EMPLOY GA REAL ESTATE GROUP, LLC AS BROKER AND PROPERTY MANAGER**

Athene Annuity and Life Company ("Athene"), secured lender to Debtor Wilmington Realty LLC ("Wilmington Realty"), hereby submits this limited objection to the *Application of Jami B. Nimeroff, Chapter 7 Trustee, to Employ GA Real Estate Group, LLC as Broker and Property Manager* (the "Application") [Dkt. No. 23]. In support of this Limited Objection, Athene states as follows:

## FACTUAL AND PROCEDURAL BACKGROUND

1. Athene holds a prepetition lien against all, or substantially all, of the assets and properties of Wilmington Realty to secure a claim, as of the Petition Date, in the amount of no less than $3,366,290. On April 11, 2024, CoreVest American Finance Lender LLC (the "Original Lender") entered into a loan agreement (the "Loan Agreement") and signed a promissory note (the "Promissory Note") with Wilmington Realty in the principle amount of $3,120,000, secured by eight units located in Wilmington, North Carolina: (1) 1308 Corbett St Unit A & B, Wilmington,

[1] The Debtors in these cases and the last four digits of their respective taxpayer identification numbers are as follows: Mystic Woods LLC (3974), River City Realty Fund LLC (3867), Waycross Realty Fund LLC (2293), and Wilmington Realty LLC (0628). As of the Petition Date, the Debtors' principal place of business was at 490 Wheeler Road, Suite 150, Hauppauge, NY 11788.

NC 28401; (2) 1405 Corbett St Unit A & B, Wilmington, NC 28401; (3) 1407 Corbett St Unit A & B, Wilmington, NC 28401; (4) 1409 Corbett St Unit A & B, Wilmington, NC 28401; (5) 1411 Corbett St Unit A & B, Wilmington, NC 28401; (6) 1413 Corbett St Unit A & B, Wilmington, NC 28401; (7) 1415 Corbett St Unit A & B, Wilmington, NC 28401; and (8) 1501 Stanley St Unit A & B, Wilmington, NC 28401 (collectively, the "Property"). The Loan Agreement and Promissory Note are secured by a deed of trust (the "Deed of Trust") on the Property recorded on April 12, 2024 and a UCC financing statement on all assets of the Debtor recorded on April 12, 2024. The Loan Agreement, Promissory Note, Deed of Trust, and other documents evidencing the loan described in this paragraph are referred to as the "Loan Documents".

2. Between April 11, 2024 and June 6, 2024, through a series of assignments, the Loan Documents were assigned from the Original Lender ultimately to Athene. Athene is the current holder of the Loan Documents.

3. On September 28, 2026 (the "Petition Date"), each of the above-captioned debtors (the "Debtors") commenced a case by filing a petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). On or about the Petition Date, Jami B. Nimeroff (the "Trustee") was appointed interim chapter 7 trustee for the Estates. As of the Petition Date, each of the Debtors owned and operated a number of parcels of real property (the "Properties"). According to the schedules filed in these cases, the Debtors were parties to a total of 116 leases as of the Petition Date.

4. On October 6, 2026, the Trustee filed her *Emergency Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, and 721 of the Bankruptcy Code: (A) Authorizing the Chapter 7 Trustee's Limited Operation of the Debtors' Businesses for Limited Time; (B) Approving Retention of Consultants; and (C) Granting Related Relief* (the "Motion for Authority to Operate")

[Dkt. No. 11], seeking authority to continue operating the Debtors' business through March 27, 2027, while she considers potential sales of the Properties and related assets.

5. On October 9, 2026, the Court entered an order granting the Motion for Authority to Operate. [Dkt. No. 19.]

6. On October 23, 2026, the Trustee filed the Application, seeking to hire GA Real Estate Group, LLC ("GA Group") as broker and property manager for the Properties.

**LIMITED OBJECTION**

7. Athene has no objection to the application of the Trustee to employ GA Group as property manager for the property owned by Wilmington Realty. It does, however, object to that portion of the Application seeking to employe GA Group as broker for that property. Specifically, Athene objects to paragraphs 19 and 20 of the Application, and paragraphs 2, 3 and 4 of the proposed order granting the Application.

8. Paragraph 19 of the Application proposes to pay GA Group a commission of "a percentage fee earned on the closing of any sale" (the "Fee"). (Application ¶ 19.) Paragraph 20 of the Application sets the commission at three and three-quarters percent (3.75%) of the sale proceeds realized on any sale of any of Debtors' Properties and states that this commission "would be payable upon the closing of any sale, without the need for a further Court order." (Application ¶ 20.)

9. The Application and the proposed order thus provide for the payment of a commission to GA Group without any consideration of the sale process or sale price. Paragraph 3 of the proposed order states that "the Trustee is authorized to pay the Fees from the proceeds of the sale of any Property at closing, pursuant to section 328 of the Bankruptcy Code, without the need for further order of this Court or the filing of any application by GA Group." [Dkt. No. 23-

3.] It is impossible to determine at this juncture what, if any, benefit will result to Athene as a secured creditor from an unknown sale. The result of the pre-ordained approval of a commission to GA Group will be to surcharge Athene's collateral under Section 506(c) of the Bankruptcy Code without providing any basis for impairment or surcharge. The Application makes no mention of the credit-bidding rights of any of the secured lenders and does not address the impact of a credit bid on the GA Group's entitlement to its "fee". [Real Estate Services Agreement ¶3, Dkt. No. 23-3.]

10. The basis for the Application is section 328(a) of the Bankruptcy Code. This section does not provide a basis for impairing or surcharging Athene's collateral or limiting its credit-bidding rights. The Application thus does not provide adequate support for the relief that it seeks. The Bankruptcy Code protects a secured creditor's credit bid rights. *See* 11 U.S.C. § 363(k). And section 506(c) further protects the holder of a secured claim as such creditor can only be surcharged "to the extent of any benefit to the holder of such claim". 11 U.S.C. § 506(c). Ultimately, any procedure for the sale of the Property must include credit bid protections and a commission should not be pre-approved to the extent that it will be paid from the proceeds of Athene's collateral without the requisite showing under section 506(c).

**RESERVATION OF RIGHTS**

11. Athene reserves all rights and arguments under all of its Loan Documents, the Bankruptcy Code and other applicable law with respect to the Application or any sale of its collateral. Athene reserves the right to object to any sale and the terms of any sale. It reserves the right to amend, modify, supplement or withdraw this Objection at any time.

## CONCLUSION

WHEREFORE, Athene respectfully requests that the Court deny the Application to the extent the concerns set forth above cannot be addressed and for such and further relief as the Court deems just and proper.

Dated: November 13, 2026

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Kevin J. Mangan (DE Bar No. 3810)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: kevin.mangan@wbd-us.com
marcy.smith@wbd-us.com

-and-

**DYKEMA GOSSETT PLLC**
Rosanne Ciambrone (admitted *pro hac vice*)
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: (312) 876-1700
rciambrone@dykema.com

*Counsel to Athene Annuity and Life Company*